UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE SEIDENFELD,<br><br>             Plaintiff,<br><br>      v.<br><br>MRS. ROSALES, *et al*.,<br><br>             Defendants. | Case No. CV 10-7004 PA (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("Complaint"), the Magistrate Judge's Report and Recommendation, Petitioner's "Response to Magistrate Judge's Report and Recommendation" ("Objections"), and the remaining record, and has made a *de novo* determination.

Plaintiff's Objections generally parrot and rehash the arguments made in his Complaint, and lack merit for the reasons set forth in the Report and Recommendation.

///
///
///
///
///

1

1  Accordingly, IT IS ORDERED THAT: (1) the Report and Recommendation
2 is approved and adopted; (2) Judgment be entered dismissing this action with
3 prejudice; and (3) the Clerk serve copies of this Order and the Judgment on the
4 parties.

DATED: _March 5, 2011

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE