# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE SEIDENFELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MRS. ROSALES, *et al.*,<br><br>　　　　Defendants. | Case No. CV 10-7004 PA (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _March 5, 2011

_____
　　　HON. PERCY ANDERSON
　UNITED STATES DISTRICT JUDGE